UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DEMETRIOUS LOVING,

                Plaintiff,

    -against-

OLGA HARRIS, DORA MANNING,
KATHLEEN RABBITO,
NYS DIVISION OF PAROLE,

                Defendants.
---------------------------------------------------------X

**CIVIL JUDGMENT**
05-CV-3411 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2005 ★

P.M. _____
TIME A.M. _____

Pursuant to the order issued _August 1, 2005_ by the undersigned dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. § 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                              s/David G. Trager
                                              David G. Trager
                                              United States District Judge

Dated: Brooklyn, New York
       August 1, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.